**IT IS SO ORDERED**
*Judge James Ware*

# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF CALIFORNIA
# SAN JOSE DIVISION

| | |
|---|---|
| TERESA GUH, individually, as a Successor in Interest and as a Personal Representative of the Estates of JYH JEI GUH, deceased, YA KUANG GUH JIN, deceased and PO WEN GUH, deceased; SINYEE ISABELLE GUH, individually, as a Successor in Interest and as a Personal Representative of the Estates of JYH JEI GUH, deceased, YA KUANG GUH JIN, deceased and PO WEN GUH, deceased;<br><br>Plaintiffs,<br><br>v.<br><br>CHINA AIRLINES, LTD. and THE BOEING COMPANY,<br><br>Defendants. | CASE NO. CV 05-03290 JW<br><br>STIPULATION AND [~~PROPOSED~~] ORDER SELECTING ADR PROCESS<br><br>**Trial Date:** TBA<br>**Judge:** The Honorable James Ware<br>**Courtroom:** 8, 4th Floor |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in the following ADR process:

Private ADR - mediation. The parties are meeting and conferring on an appropriate mediator.

1

1   The parties agree to hold the ADR session by June 30, 2006, assuming that the
2   Court approves of and adopts the proposed Case Management Statement and Order.

4   Respectfully submitted.

5   Dated: 12/22/05

**KREINDLER & KREINDLER LLP**
707 Wilshire Blvd., Suite 5070
Los Angeles, CA 90017
Tel. (213) 622-6469
Fax. (213) 622-6019

Brian J. Alexander, Esq.
Francis G. Fleming, Esq.
Stuart R. Fraenkel, Esq. (CA Bar No. 173991)
*Attorneys for Plaintiffs*

12  Dated: 12/22/05

**CONDON & FORSYTH LLP**
1801 Avenue of the Stars, Suite 1450
Los Angeles, CA 90067
Tel. (310) 557-2030
Fax. (310) 557-1299

Frank Silane, Esq. (telephonic authorization)
Richard Lazenby, Esq.
*Attorneys for Defendant China Air Lines*

19  Dated: 12/22/05

**PERKINS COIE, LLP**
1201 Third Avenue, Suite 4800
Seattle, WA 98101
Tel. (206) 583-8483
Fax (206) 583-8500

Thomas J. McLaughlin, Esq.
Ronald A. McIntire, Esq.
*Attorneys for Defendant The Boeing Company*

2

|   |   |
|---|---|
| 1 | **ORDER** |
| 2 | Pursuant to the Stipulation above, the captioned matter is hereby referred to |
| 3 | Private ADR and the ADR completion date shall be May 15, 2006, assuming that the |
| 4 | Court approves of and adopts the proposed Case Management Statement and Order. |

Dated: 12/28/05

*/s/ James Ware*
United States District/Magistrate Judge

179910.1

3