```
STUART FRAENKEL (State Bar No. 173991)
KRIENDLER & KRIENDLER LLP
707 Wilshire Boulevard
Los Angeles, California 90017
Tel: (213) 622-6469/Fax: (213) 622-6019
Attorneys for Plaintiffs TERESA GUH, et al.

FRANK A. SILANE (State Bar No. 90940)
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Ste. 850
Los Angeles, California 90067
Tel: (310) 557-2030/Fax: (310) 557-1299
Attorneys for Defendant CHINA AIRLINES, LTD.

RONALD A. MCINTIRE (State Bar No. 127407)
PERKINS COIE LLP
1620 26th Street, Sixth Floor South
Santa Monica, California 90404
Tel: (310) 788-9900/Fax: (310) 788-3399
Attorneys for Defendant THE BOEING COMPANY
```

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA GUH, et al., <br><br> Plaintiffs, <br><br> v. <br><br> CHINA AIRLINES, LTD. and THE BOEING COMPANY, <br><br> Defendants. | NO. C 05-03290 JW <br><br> **STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JANUARY 9, 2006, TO JANUARY 23, 2006, DUE TO COUNSEL'S SCHEDULING CONFLICT** <br><br> Old Date: January 9, 2006 <br> Proposed New Date: <br>     January 23, 2006 <br> Time: 10:00 a.m. <br> Judge: Hon. James Ware <br> Courtroom: 8 |

[LA053630.026]01038-4117

Stipulation and [Proposed] Order to Continue Case Management Conference
Case No. C 05-03290 JW

Defendants The Boeing Company ("Boeing") and China Airlines, Ltd. ("China Airlines") are also defendants in an action entitled *Mei-Chan Tien, et al. v. The Boeing Company, et al.*, Case No. CV 05-7949 SVW (PJWx) -- a related action arising from the same aircrash and pending in the Central District of California. The Case Status Conference and the hearing on a motion to remand in the *Tien* action are scheduled for January 9, 2006, at 1:30 p.m. and 3:00 p.m. in the Central District of California. The Case Management Conference in the instant action is scheduled for January 9, 2006, at 10:00 a.m. in the Northern District of California. Because one hearing is in Los Angeles and the other is in San Jose, the same attorney could not attend both. Counsel for Boeing understands that lead trial counsel must attend the CMC in this case and that telephonic appearance is not allowed. Due to the resulting conflict in lead counsel's schedule, as well as other calendar conflicts on the part of other attorneys for Boeing, it is hereby stipulated by and between the parties to this action that the Case Management Conference in this action, currently scheduled for January 9, 2006, at 10:00 a.m., be continued to January 23, 2006, at 10:00 a.m.

DATED: December 29, 2005

        **KREINDLER & KREINDLER LLP**

        By: _____
           Stuart R. Fraenkel
           Attorneys for Plaintiffs
           TERESA GUH, et al.

DATED: December __, 2005

        **PERKINS COIE LLP**

        By: _____
           Ronald A. McIntire
           Attorneys for Defendant
           THE BOEING COMPANY

Defendants The Boeing Company ("Boeing") and China Airlines, Ltd. ("China Airlines") are also defendants in an action entitled *Mei-Chan Tien, et al. v. The Boeing Company, et al.*, Case No. CV 05-7949 SVW (PJWx) -- a related action arising from the same aircrash and pending in the Central District of California. The Case Status Conference and the hearing on a motion to remand in the *Tien* action are scheduled for January 9, 2006, at 1:30 p.m. and 3:00 p.m. in the Central District of California. The Case Management Conference in the instant action is scheduled for January 9, 2006, at 10:00 a.m. in the Northern District of California. Because one hearing is in Los Angeles and the other is in San Jose, the same attorney could not attend both. Counsel for Boeing understands that lead trial counsel must attend the CMC in this case and that telephonic appearance is not allowed. Due to the resulting conflict in lead counsel's schedule, as well as other calendar conflicts on the part of other attorneys for Boeing, it is hereby stipulated by and between the parties to this action that the Case Management Conference in this action, currently scheduled for January 9, 2006, at 10:00 a.m., be continued to January 23, 2006, at 10:00 a.m.

DATED: December __, 2005

**KREINDLER & KREINDLER LLP**

By: _____
Stuart R. Fraenkel
Attorneys for Plaintiffs
TERESA GUH, et al.

DATED: December 27, 2005

**PERKINS COIE LLP**

By: _____
Ronald A. McIntire
Attorneys for Defendant
THE BOEING COMPANY

| | |
|---|---|
| 1 | DATED: December 29, 2005 |
| 2 | CONDON & FORSYTH LLP |
| 3 | By: _____ |
| 4 | Frank Silane *(email authorized)* |
| 5 | Attorneys for Defendant |
| 6 | CHINA AIRLINES |

## ORDER

It is hereby ORDERED that the Case Management Conference scheduled to take place on January 9, 2006, at 10:00 a.m. be continued to January 23, 2006, at 10:00 a.m.

Dated: January 4, 2006

_____
The Honorable James Ware
United States District Judge