STUART FRAENKEL (State Bar No. 173991)
**KREINDLER & KREINDLER LLP**
707 Wilshire Boulevard
Los Angeles, California 90017
Tel: (213) 622-6469/Fax: (213) 622-6019
Attorneys for Plaintiffs TERESA GUH, et al.

FRANK A. SILANE (State Bar No. 90940)
**CONDON & FORSYTH LLP**
1901 Avenue of the Stars, Ste. 850
Los Angeles, California 90067
Tel: (310) 557-2030/Fax: (310) 557-1299
Attorneys for Defendant CHINA AIRLINES, LTD.

RONALD A. MCINTIRE (State Bar No. 127407)
**PERKINS COIE LLP**
1620 26th Street, Sixth Floor South
Santa Monica, California 90404
Tel: (310) 788-9900/Fax: (310) 788-3399
Attorneys for Defendant THE BOEING COMPANY

APPROVED
Judge James Ware

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA GUH, et al.,<br><br>Plaintiffs,<br><br>v.<br><br>CHINA AIRLINES, LTD. and THE BOEING COMPANY,<br><br>Defendants. | NO. C 05-03290 JW<br><br>**STIPULATION AND [PROPOSED] ORDER TO CONTINUE CASE MANAGEMENT CONFERENCE FROM JANUARY 23, 2006, TO FEBRUARY 13, 2006**<br><br>Old Date: January 23, 2006<br>Proposed New Date:<br>        February 13, 2006<br>Time: 10:00 a.m.<br>Judge: Hon. James Ware<br>Courtroom: 8 |

[LA060040.011]01038-4117
Stipulation and [Proposed] Order to Continue Case Management Conference
*Case No. C 05-03290 JW*

1  The parties previously submitted to the Court a stipulation and proposed order continuing the Case Management Conference from January 9, 2006 to January 23, 2006. The Court has signed this proposed order, but has informed counsel that the Court's January 23, 2006, calendar is full and has requested that the parties stipulate to a later date. The parties have conferred and have agreed to February 13, 2006. Therefore, it is hereby stipulated by and between the parties to this action that the Case Management Conference in this action, currently scheduled for January 23, 2006, at 10:00 a.m., be continued to February 13, 2006, at 10:00 a.m.

DATED: January 9, 2006

KREINDLER & KREINDLER LLP

By: _____
Stuart R. Fraenkel
Attorneys for Plaintiffs
TERESA GUH, et al.

DATED: January 11, 2006

PERKINS COIE LLP

By: _____
Ronald A. McIntire
Attorneys for Defendant
THE BOEING COMPANY

[LA060040.011]01038-4117                                   1

Stipulation and [Proposed] Order to Continue Case Management Conference
Case No. C 05-03290 JW

| | |
|---|---|
| 1 | DATED: January 11, 2006 |
| 2 | CONDON & FORSYTH LLP |
| 4 | By: _____ |
| 5 | Frank Silane (per authorization) |
| 6 | Attorneys for Defendant<br>CHINA AIRLINES |

## ORDER

It is hereby ORDERED that the Case Management Conference scheduled to take place on January 23, 2006, at 10:00 a.m. be continued to February 13, 2006, at 10:00 a.m.

Dated: JANUARY 12, 2006     _____
The Honorable James Ware
United States District Judge

[LA060040.011]01038-4117

2

Stipulation and [Proposed] Order to Continue Case Management Conference
Case No. C 05-03290 JW