STUART FRAENKEL (State Bar No. 173991)
**KREINDLER & KREINDLER LLP**
707 Wilshire Boulevard
Los Angeles, California 90017
Tel: (213) 622-6469/Fax: (213) 622-6019
Attorneys for Plaintiffs TERESA GUH, et al.

FRANK A. SILANE (State Bar No. 90940)
RICHARD A. LAZENBY (State Bar No. 202105)
**CONDON & FORSYTH LLP**
1901 Avenue of the Stars, Ste. 850
Los Angeles, California 90067
Tel: (310) 557-2030/Fax: (310) 557-1299
Attorneys for Defendant CHINA AIRLINES, LTD.

RONALD A. MCINTIRE (State Bar No. 127407)
MELORA M. GARRISON (State Bar No. 205408)
**PERKINS COIE LLP**
1620 26th Street, Sixth Floor South
Santa Monica, California 90404
Tel: (310) 788-9900/Fax: (310) 788-3399
Attorneys for Defendant THE BOEING COMPANY

IT IS SO ORDERED
Judge James Ware

# UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TERESA GUH, et al.,<br><br>   Plaintiffs,<br><br>v.<br><br>CHINA AIRLINES, LTD. and THE BOEING COMPANY,<br><br>   Defendants. | NO. C05-03290 JW<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING MODIFICATION TO CASE SCHEDULE** |

By order of February 14, 2006 (Exhibit A hereto), this Court set various pre-trial deadlines in this action. The Order provides that expert disclosures/reports are to be filed 63 days before the close of expert discovery, and that rebuttal experts are to be disclosed 49 days before the close of expert discovery. The parties wish to modify the schedule in order to allow them sufficient time to conduct a mediation (currently scheduled for July 26), prior to beginning expert disclosures. The parties also need a short extension to complete non-expert discovery as to compensatory damages. The parties therefore stipulate to the following modified schedule:

|  | Old Date | New Date |
| --- | --- | --- |
| Final date for completion of non-expert discovery on compensatory damages and, if necessary, on the issue of decedent's domicile: | June 30, 2006 | July 14, 2006 |
| Initial expert disclosures/reports: | June 15, 2006 | August 10, 2006 |
| Rebuttal expert disclosures/reports | June 29, 2006 | August 31, 2006 |
| Last day to complete mediation: | July 31, 2006 | July 31, 2006 |
| Parties to submit joint report to court advising whether: (a) the cases are to be tried on compensatory damages only; (b) whether discovery on liability and/or punitive damages is required; and (c) whether dispositive or partially dispositive motions will be filed: | August 4, 2006 | August 7, 2006 |
| Further case management conference: | August 7, 2006 at 10:00 a.m. | August 14, 2006, at 10:00 a.m. |
| Close of expert discovery on compensatory damages: | August 17, 2006 | September 15, 2006 |

[LA061430.013]01038-4117

1

Stipulation and [Proposed] Order Regarding Expert Disclosures
Case No. C 05-03290 JW

DATED: June 5, 2006

KREINDLER & KREINDLER LLP

By: _____
Stuart R. Fraenkel
Attorneys for Plaintiffs
TERESA GUH, et al.

DATED: June 13, 2006

PERKINS COIE LLP

By: _____
Ronald A. McIntire
Attorneys for Defendant
THE BOEING COMPANY

DATED: June 13, 2006

CONDON & FORSYTH LLP

By: _____ for
Frank Silane (per authorization)
Attorneys for Defendant
CHINA AIRLINES

## ORDER

It is hereby ORDERED that the pre-trial deadlines in this action are amended as set forth above.

Dated: June 21, 2006

_____
The Honorable James Ware
United States District Judge