IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN JOSE DIVISION

| | |
|---|---|
| Teresa Guh, et al., | NO. C 05-03290 JW |
|       Plaintiffs,<br>v. | **ORDER RESCHEDULING CASE MANAGEMENT CONFERENCE** |
| China Airlines, LTD, et al., | |
|       Defendants. | |

    The Court continues the case management conference presently scheduled for September 18, 2006 to **October 2, 2006 at 10:00** to coincide with the hearing on Defendants' Motion to Dismiss. Please note that the motion is scheduled at the 9 a.m. calendar and the conference is scheduled at the 10 a.m. calendar.

Dated: August 31, 2006

                                              JAMES WARE<br>                                              United States District Judge

United States District Court
For the Northern District of California

1  **THIS IS TO CERTIFY THAT COPIES OF THIS ORDER HAVE BEEN DELIVERED TO:**

2  Frank Anthony Silane fsilane@condonlaw.com
   Gretchen M. Nelson gnelson@kreindler.com
3  Melora M. Garrison garrm@perkinscoie.com
   Richard Anthony Lazenby rlazenby@condonlaw.com
4  Ronald A. McIntire mcinr@perkinscoie.com
   Stuart R. Fraenkel sfraenkel@kreindler.com

**Dated: August 31, 2006**                              **Richard W. Wieking, Clerk**

                                                        **By:  /s/ JW Chambers**
                                                        **Courtroom Deputy**