BRIAN J. ALEXANDER
FRANCIS G. FLEMING
**KREINDLER & KREINDLER, LLP**
100 Park Avenue
New York, NY 10017
Telephone: (212) 687-8181
Facsimile: (212) 972-9432

STUART R. FRAENKEL (Cal. Bar No. 173991)
**KREINDLER & KREINDLER, LLP**
707 Wilshire Boulevard, Suite 5070
Los Angeles, CA 90017
Telephone: (213) 622-6469
Facsimile: (213) 622-6019

Attorneys for Plaintiffs

# UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA
## SAN JOSE DIVISION

| | |
|---|---|
| TERESA GUH, individually, as a Successor in Interest and as a Personal Representative of the Estates of JYH JEI GUH, deceased, YA KUANG GUH JIN, deceased and PO WEN GUH, deceased; SINYEE ISABELLE GUH, individually, as a Successor in Interest and as a Personal Representative of the Estates of JYH JEI GUH, deceased, YA KUANG GUH JIN, deceased and PO WEN GUH, deceased;<br><br>Plaintiffs,<br><br>v.<br><br>CHINA AIRLINES, LTD. and THE BOEING COMPANY,<br><br>Defendants. | CASE NO. C 05-03290 JW<br><br>The Honorable James Ware<br><br>**STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE**<br><br>This Document Relates To:<br>ALL PARTIES |

///
///
///

1
**STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE**

## STIPULATION

**PURSUANT TO RULE 41(a)(1), IT IS HEREBY STIPULATED AND AGREED** that any and all claims of the Plaintiffs against all Defendants in *Guh, et al. v. China Airlines, Ltd., and The Boeing Company*, case number C 05-03290 JW are hereby dismissed with prejudice. It is further stipulated that Plaintiffs' claims against Defendants have been fully resolved pursuant to a settlement. The effect of this Stipulation is to dismiss the action against China Airlines, Ltd. and The Boeing Company with prejudice.

**IT IS FURTHER STIPULATED AND AGREED** that each of the parties to this Stipulation shall bear and pay all costs and expenses and attorneys' fees heretofore incurred or to be incurred by each respectively in connection with said action.

Dated: October __, 2006

Respectfully submitted,

Brian J. Alexander
Francis G. Fleming
Stuart R. Fraenkel
KREINDLER & KREINDLER LLP

By: _____
Stuart R. Fraenkel
Attorneys for Plaintiffs

Dated: October 23, 2006

Frank A. Silane
CONDON & FORSYTH LLP
1901 Avenue of the Stars, Suite 850
Los Angeles, CA 90067

By: _____
Frank A. Silane
Attorneys for Defendant,
CHINA AIRLINES, LTD.

1  Dated: October 13, 2006

        Ronald A. McIntire
        Melora M. Garrison
        PERKINS COIE LLP
        1620 26th Street, Sixth Floor
        Santa Monica, CA 90404

        By: _____
            Ronald A. McIntire
        Attorneys for Defendant,
        THE BOEING COMPANY

## ORDER

Upon the stipulation of the parties, pursuant to Federal Rule of Civil Procedure 41(a), IT IS HEREBY ORDERED that the claims of Plaintiffs against all Defendants in *Guh, et al. v. China Airlines, Ltd., and The Boeing Company*, case number C 05-03290 JW are hereby dismissed with prejudice and without an award of costs or fees in favor of any party.

Dated: 10/27/06

By: _____
United States District Court Judge

## PROOF OF SERVICE

STATE OF CALIFORNIA      )
                         ) ss.
COUNTY OF LOS ANGELES    )

I, the undersigned, declare:

I am employed in the County of Los Angeles, State of California. I am over the age of 18 and not a party to the within action; my business address is 707 Wilshire Boulevard, Suite 5070, Los Angeles, California 90017. On October 27, 2006, I served the foregoing document(s) described as follows:

**STIPULATION FOR AND ORDER OF DISMISSAL WITH PREJUDICE**

on the interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as stated on the attached service list, with postage thereon fully prepaid in the United States Mail at Los Angeles, California:

__X__ BY U.S. MAIL:
I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. Under that practice, it would be deposited with the U.S. Postal Service on that same day with postage thereon fully prepaid at Los Angeles, California in the ordinary course of business. I am aware that on motion of the party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

_____ BY PERSONAL SERVICE:
I caused to be delivered such envelope by hand to the offices of the addressee:

_____ BY FEDERAL EXPRESS OR OVERNIGHT COURIER

_____ BY ELECTRONIC MAIL:
I caused to be delivered via electronic mail at the addresses listed below:

_____ BY TELECOPIER
I served by facsimile at the numbers identified on the service list:

_____ (State) I declare under penalty of perjury under the laws of the State of California that the above is true and correct.

__X__ (Federal) I declare that I am employed in the office of a member of the bar of this Court at whose direction the service was made.

Executed on October 27, 2006, at Los Angeles, California.

_____Wendy Kurtz_____          _____/s/ Wendy Kurtz_____
    (Type of Print Name)                         (Signature)

| | | |
|---|---|---|
| 1 | **SERVICE LIST** | |
| 2 | *Guh, et al. v. China Airlines, et al.*<br>Case no. CV 05-03290 JW | |
| 3 | Ronald A. McIntire<br>RMcIntire@perkinscoie.com | **ATTORNEYS FOR THE BOEING COMPANY** |
| 4 | Melora M. Garrison<br>mgarrison@perkinscoie.com | |
| 5 | **PERKINS COIE LLP**<br>1620 26th Street, Sixth Floor | |
| 6 | Santa Monica, CA 90404<br>Telephone: 310 788-9900 | |
| 7 | Telecopier: 310 788-3399 | |
| 8 | Thomas J. McLaughlin<br>TMcLaughlin@perkinscoie.com | |
| 9 | **PERKINS COIE LLP**<br>1201 3rd Avenue, Ste 4800 | |
| 10 | Seattle, Washington 98101<br>Telephone: 206-359-8000 | |
| 11 | Telecopier: 206-359-9000 | |
| 12 | Frank Silane<br>fsilane@condonlaw.com | **ATTORNEYS FOR CHINA AIRLINES** |
| 13 | **CONDON & FORSYTH LLP**<br>1901 Avenue of the Stars | |
| 14 | Suite 850<br>Los Angeles, CA 90067 | |
| 15 | Telephone 310. 557-2030<br>Telecopier 310. 557-0139 | |
| 16 | | |
| 17 | Brian J. Alexander<br>balexander@kreindler.com | **ATTORNEYS FOR PLAINTIFFS** |
| 18 | Francis G. Fleming<br>ffleming@kreindler.com | |
| 19 | **KREINDLER & KREINDLER LLP**<br>100 Park Avenue | |
| 20 | New York, NY 10017<br>Telephone: (212) 687-8181 | |
| 21 | Facsimile: (212) 972-9432 | |
| 22 | Stuart R. Fraenkel<br>sfraenkel@kreindler.com | |
| 23 | **KREINDLER & KREINDLER LLP**<br>707 Wilshire Boulevard, Suite 5070 | |
| 24 | Los Angeles, CA 90017<br>Telephone: (213) 622-6469 | |
| 25 | Facsimile: (213) 622-6019 | |
| 26 | | |
| 27 | | |
| 28 | | |